UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM E. ROACH,
    Plaintiff,

v.                            Case No. 3:05-cv-421-J-UA-MCR

W.H. HEARN MECHANICAL OF
TALLAHASSEE, INC., a Florida Corporation,
    Defendant.
_____/

## ORDER

Before the Court is the Joint Stipulation for Dismissal Without Prejudice (Doc. No. 9, filed on July 8, 2005). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 26th day of July, 2005.

                                        HARVEY E. SCHLESINGER
                                        United States District Judge

Copies to:

Richard Celler, Esq.
Kevin A. Schoeppel, Esq.